In the Matter of EDWARD B. GOULD, an Incompetent Person.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See *ante*, p. 109.] Motion to amend order entered May 19, 1939, denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of WILLIAM J. McNAMARA, Respondent, v. THOMAS L. HOLLING, Mayor of the City of Buffalo, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ. [See *ante*, p. 411; *post*, p. 1100.]

In the Matter of the Applications of ARTHUR C. BAKER and 125 Other Stockholders of Utica Gas and Electric Company, for the Appointment of Appraisers to Appraise the Value of Their Stock.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 1024.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

VINCENT E. FISHER, Respondent, v. CITY OF BATAVIA and MARINE TRUST COMPANY OF BUFFALO, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

· GLOBE INDEMNITY COMPANY, Respondent, v. STERLING STEWART CORP. and Others, Defendants, and SAM RANZO, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.